UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES SHARKEY,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-00400-APG-VCF<br><br>ORDER |

　　　　On March 4, 2021, The Court issued an order screening Plaintiff's complaint. (ECF No. 6.) The Clerk of the Court mailed the screening order to the address that Plaintiff has on file with the Court, but the order came back as undeliverable at that address. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

　　　　**IT IS THEREFORE ORDERED** that:

　　　　1.　　Plaintiff will file his current address with the Court within **thirty (30) days** from the date of this order.

　　　　2.　　If Plaintiff fails to timely comply with this order, the Court will dismiss this case without prejudice.

　　　　DATED THIS 30th day of March 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1